Before the Second Division, August 9, 1949

**No. 53465.**—British West Indies Corp. *v.* United States, protest 141452–K (Tampa).

Opinion by Lawrence, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.